**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Stacey L. Fleckenstein** | Social Security number or ITIN  **xxx–xx–7519** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13**     **7/5/14** |
| Case number: | **14–22733–CMB** | Date case converted to chapter **7**     **3/4/19** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Stacey L. Fleckenstein | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 3391 Rosewood Drive<br>Pittsburgh, PA 15234 | |
| 4. | **Debtor's attorney**<br>Name and address | Shawn N. Wright<br>7240 McKnight Road<br>Pittsburgh, PA 15237 | Contact phone 412–920–6565<br><br>Email: shawn@shawnwrightlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Natalie Lutz Cardiello<br>107 Huron Drive<br>Carnegie, PA 15106 | Contact phone 412–276–4043<br><br>Email: ncardiello@comcast.net |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**     page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 3/4/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 8, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| **8.     Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 6/7/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/13/19**<br><br>**Filing deadline: 1/2/15** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
In re:                                                           Case No. 14-22733-CMB
Stacey L. Fleckenstein                                           Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: aala                Page 1 of 2             Date Rcvd: Mar 04, 2019
                             Form ID: 309B             Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2019.
db            +Stacey L. Fleckenstein,    3391 Rosewood Drive,    Pittsburgh, PA 15234-2546
aty           +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
aty            Jeffrey R. Hunt,    Goehring, Rutter & Boehm,    437 Grant Street,    14th Floor,
                Pittsburgh, PA  15219-6107
aty           +Joshua I. Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
aty           +Matthew Christian Waldt,    Milstead & Associates, LLC,    1 East Stow Road,
                Marlton, NJ 08053-3118
aty            Peter J. Ashcroft,    Bernstein-Burkley, P.C.,    Suite 2200, Gulf Tower,
                Pittsburgh, PA  15219-1900
cr             Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
13883669      +AES Education Services,    501 Bleeker Street,    Utica, NY 13501-2401
13944641       American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                Los Angeles, CA  90051-5478
13919347      +Borough of Castle Shannon,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                Pittsburgh, PA  15219-6101
13883671     ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas,      200 Civic Center Drive,    Columbus, OH 43215)
13883672       Duquesne Light,    c/o Bernstein Law Office,    707 Gulf Tower, Suite 2200,
                Pittsburgh, PA 15219
13903022      +PHEAA,    PO Box 8147,   Harrisburg, PA 17105-8147
13883675       Select Portfolio,    3815 Southwest Temple,    Salt Lake City, UT 84115
13949725      +U.S. Bank N.A., as trustee,    c/o Select Portfolio Servicing, Inc.,     3815 S. West Temple,
                Salt Lake City, UT 84115-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: shawn@shawnwrightlaw.com Mar 05 2019 02:45:48      Shawn N. Wright,
                7240 McKnight Road,    Pittsburgh, PA  15237
tr            +EDI: QNLCARDIELLO.COM Mar 05 2019 07:38:00      Natalie Lutz Cardiello,    107 Huron Drive,
                Carnegie, PA 15106-1826
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 05 2019 02:46:21      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
ust           +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Mar 05 2019 02:46:29
                Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                Pittsburgh, PA 15222-3721
cr             EDI: RECOVERYCORP.COM Mar 05 2019 07:38:00      Recovery Management Systems Corporation,
                25 S.E. Second Avenue,    Suite 1120,   Miami, FL  33131-1605
13883670       EDI: CAPITALONE.COM Mar 05 2019 07:38:00      Capital One,    PO Box 85520,
                Richmond, VA 23285-5075
13905173      +E-mail/Text: bncmail@w-legal.com Mar 05 2019 02:46:41      CERASTES, LLC,
                C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13997588       EDI: RESURGENT.COM Mar 05 2019 07:38:00      CVI Loan GT Trust I,
                c/o Resurgent Capital Services,    P O Box 10675,    Greenville, SC 29603-0675
13942011      +E-mail/Text: kburkley@bernsteinlaw.com Mar 05 2019 02:46:57      Duquesne Light Company,
                c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                Pittsburgh, PA 15219-1945
14114464       EDI: ECMC.COM Mar 05 2019 07:38:00      ECMC,    PO BOX 16408,    ST. PAUL MN 55116-0408
13948691       E-mail/Text: bankruptcy.bnc@ditech.com Mar 05 2019 02:46:09      Green Tree Servicing LLC,
                PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone # 888-298-7785
13980116      +E-mail/Text: lisa@galwayfinancialservices.com Mar 05 2019 02:47:04
                Galway Financial Services,    1290 w spring st,    suite 270,    Smyrna GA 30080-3690
13883673      +E-mail/Text: bankruptcy.bnc@ditech.com Mar 05 2019 02:46:09      Greentree,    P.O. Box 6172,
                Rapid City, SD 57709-6172
13883674       EDI: IRS.COM Mar 05 2019 07:38:00      Internal Revenue Service,    1000 Liberty Avenue--Room 705,
                Pittsburgh, PA 15222-3714
13898725       EDI: RESURGENT.COM Mar 05 2019 07:38:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Arrow Financial Services,,    LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13898716       EDI: RESURGENT.COM Mar 05 2019 07:38:00      LVNV Funding, LLC its successors and assigns as,
                assignee of North Star Capital,    Acquisition LLC,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
13898899       EDI: RESURGENT.COM Mar 05 2019 07:38:00      LVNV Funding, LLC its successors and assigns as,
                assignee of MCI Communications,    Services, Inc,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13943978       EDI: PRA.COM Mar 05 2019 07:38:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
13987630       EDI: RECOVERYCORP.COM Mar 05 2019 07:38:00      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                              TOTAL: 19
```

```
District/off: 0315-2           User: aala              Page 2 of 2              Date Rcvd: Mar 04, 2019
                               Form ID: 309B           Total Noticed: 34

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Borough of Castle Shannon
cr               U.S. Bank N.A., as trustee, on behalf of the holde
cr*              CVI Loan GT Trust I c/o Resurgent Capital Services,    P O Box 10675,
                  Greenville, SC   29603-0675
cr*              ECMC,    P.O. Box 16408,    St. Paul, MN  55116-0408
13962908*       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court:  Columbia Gas of Ohio,     PO Box 117,    Columbus, OH 43216)
13889030        ##+Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
                                                                                        TOTALS: 2, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 4, 2019 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
               of the J.P. Morgan Mortgage Acquisition Trust 2006-ACC1, Asset Backed Pass-Through Certificates,
               Series 2006-ACC1 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Castle Shannon jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
               of the J.P. Morgan Mortgage Acquisition Trust 2006-ACC1, Asset Backed Pass-Through Certificates,
               Series 2006-ACC1 bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the
               holders of the J.P. Morgan Mortgage Acquisition Trust 2006-ACC1, Asset Backed Pass-Through
               Certificates, Series 2006-ACC1 mwaldt@milsteadlaw.com,  bkecf@milsteadlaw.com
              Natalie Lutz Cardiello    ncardiello@comcast.net,  ncardiello@ecf.epiqsystems.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              Shawn N. Wright    on behalf of Debtor Stacey L. Fleckenstein shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
               m
                                                                                              TOTAL: 9
```