**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> STACEY L. FLECKENSTEIN <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Respondents. | Case No.:14-22733 <br><br><br> Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/05/2014 and confirmed on 08/07/2014 . The case was subsequently    (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 51,420.00 |
| Less Refunds to Debtor | 836.55 | |
| TOTAL AMOUNT OF PLAN FUND | | 50,583.45 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,840.00 | |
|    Trustee Fee | 2,097.09 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,937.09 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   US BANK NA | 0.00 | 38,293.86 | 0.00 | 38,293.86 |
|     Acct: 4367 | | | | |
|   US BANK NA | 4,422.49 | 4,422.49 | 0.00 | 4,422.49 |
|     Acct: 4367 | | | | |
|   CASTLE SHANNON BOROUGH (SWG) | 40.57 | 40.57 | 22.64 | 63.21 |
|     Acct: XXXXXX4;14 | | | | |
|   CASTLE SHANNON BOROUGH (SWG) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXX INT | | | | |
|   CVI LOAN GT TRUST I | 1,512.08 | 1,512.08 | 62.62 | 1,574.70 |
|     Acct: 6845 | | | | |
| | | | | 44,354.26 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 3,840.00 | 3,840.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STACEY L. FLECKENSTEIN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STACEY L. FLECKENSTEIN | 836.55 | 836.55 | 0.00 | 0.00 |
|     Acct: | | | | |

| 14-22733 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 2,003.29 | 292.10 | 0.00 | 292.10 |
| Acct: 7519 | | | | |
| | | | | 292.10 |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 396.29 | 0.00 | 0.00 | 0.00 |
| Acct: 1001 | | | | |
| ECMC(*) | 57,767.27 | 0.00 | 0.00 | 0.00 |
| Acct: 7519 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,051.48 | 0.00 | 0.00 | 0.00 |
| Acct: 4604 | | | | |
| RJM ACQUISITIONS LLC*++ | 93.30 | 0.00 | 0.00 | 0.00 |
| Acct: 8979 | | | | |
| MARLYN FINANCIAL SVCS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX4870 | | | | |
| AFS FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX2245 | | | | |
| CSGA LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXX8481 | | | | |
| INTERNAL REVENUE SERVICE* | 29.91 | 0.00 | 0.00 | 0.00 |
| Acct: 7519 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 1,814.91 | 0.00 | 0.00 | 0.00 |
| Acct: 7776 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 87.80 | 0.00 | 0.00 | 0.00 |
| Acct: 2984 | | | | |
| CERASTES LLC | 877.50 | 0.00 | 0.00 | 0.00 |
| Acct: 8211 | | | | |
| CERASTES LLC | 430.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3221 | | | | |
| CERASTES LLC | 145.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7092 | | | | |
| CERASTES LLC | 459.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7519 | | | | |
| CERASTES LLC | 930.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9604 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 364.03 | 0.00 | 0.00 | 0.00 |
| Acct: 5524 | | | | |
| AMERICAN INFOSOURCE LP - AGENT DIRE | 702.11 | 0.00 | 0.00 | 0.00 |
| Acct: 5058 | | | | |
| COLUMBIA GAS OF OHIO INC | 2,813.32 | 0.00 | 0.00 | 0.00 |
| Acct: 0017 | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXPRAE | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                          44,646.36

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 2,003.29 |
| SECURED | 5,975.14 |
| UNSECURED | 67.961.92 |

Date: 03/25/2019

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com