IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: **Stacey L. Fleckenstein** <br><br> Debtor <br><br> **Stacey L. Fleckenstein** <br><br> Movant <br><br> v. <br><br> No Respondent | Bankruptcy No. **14-22733** <br><br> Chapter **7** <br><br> Related to Document No. |

## NOTICE REGARDING MODIFICATION TO MAILING MATRIX

In accordance with Local Bankruptcy Rule 1007-1(f) I, __**Shawn N. Wright**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

Amerimark
PO Box 2845
Monroe WI 53566-8045

Applied Bankcard
P.O. Box 17120
Wilmington DE 19886

Avenue
PO Box 659584
San Antonio TX 78265-9584

Build Card
PO Box 3220
Buffalo NY 14240-3220

Citizens Bank
1 Citizens Drive
Riverside RI 02915

**PAWB Local Form 30 (07/13)**

Columbia Gas Bankruptcy Dept.
P.O. Box 117
Columbus OH 43216-0117

Credit One
P.O. Box 98872
Las Vegas NV 89193

Dollar Bank
Three Gateway Center
Pittsburgh PA 15222

Duquesne Light
c/o Bernstein Law Office
707 Gulf Tower, Suite 2200
Pittsburgh PA 15219

Fingerhut
PO Box 1140
Saint Cloud MN 56396-1140

First Access Card
PO Box 5220
Sioux Falls SD 57117-5220

First Premier Bank
P.O. Box 5524
Sioux Falls SD 57117-5524

Genesis FS Card Services
PO Box 4477
Beaverton OR 97076-4477

Inbox Loans
PO Box 881
Santa Rosa CA 95402

Key Bank
PO Box 94920
Cleveland OH 44101

Matrix Master Card
PO Box 6812
Carol Stream IL 60197-6812

Pennsylvania American Water
PO Box 371412
Pittsburgh PA 15250-7412

Radiant Cash
PO Box 1183
Lac Du Flambeau WI 54538

Stoneberry
PO Box 2820
Monroe WI 53566

Surge
PO Box 31292
Tampa FL 33631

Syncb/Amazon
PO Box 965005
Orlando FL 32896

Syncb/Care Credit
PO Box 965005
Orlando FL 32896

Target
3701 Wayzata Blvd.
Minneapolis MN 55416

Total Visa
PO Box 5220
Sioux Falls SD 57117-5220

Verizon
500 Technology Drive
Saint Charles MO 63304

By: **/s/ Shawn N. Wright**
 Signature
**Shawn N. Wright**
Typed Name
**7240 McKnight Road**
**Pittsburgh, PA 15237**
Address
**(412) 920-6565 Fax:(412) 226-5216**
Phone No.
**64103**

List Bar I.D. and State of Admission

**PAWB Local Form 30 (07/13)**

Software Copyright (c) 1996-2019 Best Case LLC - www.bestcase.com                                                                                                                                                                Best Case Bankruptcy