UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No.: 14-22733 |
| Stacey L. Fleckenstein, | : | |
| Debtor | : | Chapter 7 |

**STATEMENT PURSUANT TO BANKRUPTCY RULE 1019**

I, Shawn N. Wright, Esquire, Counsel for Debtor, file the herein Statement that the Debtor in this matter has:

(a) not entered into any new executory contracts since the commencement of her Chapter 13 case;
(b) not obtained or acquired property not listed in her original schedules, and
(c) has incurred the following new debts since the commencement of her Chapter 13 case:

Amerimark
PO Box 2845
Monroe WI 53566-8045

Applied Bankcard
P.O. Box 17120
Wilmington DE 19886

Avenue
PO Box 659584
San Antonio TX 78265-9584

Build Card
PO Box 3220
Buffalo NY 14240-3220

Citizens Bank
1 Citizens Drive
Riverside RI 02915

Columbia Gas Bankruptcy Dept.
P.O. Box 117
Columbus OH 43216-0117

Credit One
P.O. Box 98872
Las Vegas NV 89193

Dollar Bank
Three Gateway Center
Pittsburgh PA 15222

Duquesne Light
c/o Bernstein Law Office

707 Gulf Tower, Suite 2200
Pittsburgh PA 15219

Fingerhut
PO Box 1140
Saint Cloud MN 56396-1140

First Access Card
PO Box 5220
Sioux Falls SD 57117-5220

First Premier Bank
P.O. Box 5524
Sioux Falls SD 57117-5524

Genesis FS Card Services
PO Box 4477
Beaverton OR 97076-4477

Inbox Loans
PO Box 881
Santa Rosa CA 95402

Key Bank
PO Box 94920
Cleveland OH 44101

Matrix Master Card
PO Box 6812
Carol Stream IL 60197-6812

Pennsylvania American Water
PO Box 371412
Pittsburgh PA 15250-7412

Radiant Cash
PO Box 1183
Lac Du Flambeau WI 54538

Stoneberry
PO Box 2820
Monroe WI 53566

Surge
PO Box 31292
Tampa FL 33631

Syncb/Amazon
PO Box 965005
Orlando FL 32896

Syncb/Care Credit
PO Box 965005

Orlando FL 32896

Target
3701 Wayzata Blvd.
Minneapolis MN 55416

Total Visa
PO Box 5220
Sioux Falls SD 57117-5220

Verizon
500 Technology Drive
Saint Charles MO 63304

Date: March 27, 2019

By:/s/Shawn N. Wright
Shawn N. Wright, Esquire
#64103

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above along with a this Rule 1019 Statement has been served, on the 26th day of July 2018 upon:

**SENT VIA ELECTRONIC TRANSMISSION:**
Office of United States Trustee
Natalie Cardiello Esquire, Chapter 7 Trustee

Attorney for Debtor

/s/Shawn N. Wright
Shawn N. Wright, Esquire
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
Pa. I.D. No. 64103
shawn@shawnwrightlaw.com