# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Stacey L. Fleckenstein,  
      Debtor

BANKRUPTCY No: 14-22733

Chapter 7

## CERTIFICATE OF SERVICE OF AMENDED SCHEDULE F, ORDER OF COURT AND 341 MEETING NOTICE

I, the undersigned, certify that I served or caused to be served, on April 2, 2019, a copy of the Amended Schedule F, Order of Court and 341 Meeting Notice upon each of the following persons and parties in interest at the addresses shown below:

**SENT VIA ELECTRONIC NOTICE**  
Office of U.S. Trustee  
Natalie Cardiello, Esquire, Chapter 7 Trustee

**SENT VIA U.S. FIRST CLASS MAIL**  
Amerimark  
PO Box 2845  
Monroe WI 53566-8045

Applied Bankcard  
P.O. Box 17120  
Wilmington DE 19886

Avenue  
PO Box 659584  
San Antonio TX 78265-9584

Build Card  
PO Box 3220  
Buffalo NY 14240-3220

Citizens Bank  
1 Citizens Drive  
Riverside RI 02915

Columbia Gas Bankruptcy Dept.  
P.O. Box 117  
Columbus OH 43216-0117

Credit One  
P.O. Box 98872  
Las Vegas NV 89193

Dollar Bank  
Three Gateway Center  
Pittsburgh PA 15222

Duquesne Light
c/o Bernstein Law Office
707 Gulf Tower, Suite 2200
Pittsburgh PA 15219

Fingerhut
PO Box 1140
Saint Cloud MN 56396-1140

First Access Card
PO Box 5220
Sioux Falls SD 57117-5220

First Premier Bank
P.O. Box 5524
Sioux Falls SD 57117-5524

Genesis FS Card Services
PO Box 4477
Beaverton OR 97076-4477

Inbox Loans
PO Box 881
Santa Rosa CA 95402

Key Bank
PO Box 94920
Cleveland OH 44101

Matrix Master Card
PO Box 6812
Carol Stream IL 60197-6812

Pennsylvania American Water
PO Box 371412
Pittsburgh PA 15250-7412

Radiant Cash
PO Box 1183
Lac Du Flambeau WI 54538

Stoneberry
PO Box 2820
Monroe WI 53566

Surge
PO Box 31292
Tampa FL 33631

Syncb/Amazon
PO Box 965005
Orlando FL 32896

Syncb/Care Credit
PO Box 965005
Orlando FL 32896

Target
3701 Wayzata Blvd.
Minneapolis MN 55416

Total Visa
PO Box 5220
Sioux Falls SD 57117-5220

Verizon
500 Technology Drive
Saint Charles MO 63304

Date:  March 27, 2019                                         /s/Shawn N. Wright
                                                              SHAWN N. WRIGHT, ESQUIRE
                                                              Counsel for Debtor
                                                              7240 McKnight Road
                                                              Pittsburgh, PA 15237
                                                              (412) 920-6565; PA # 64103
                                                              Shawn@shawnwrightlaw.com