**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>    Stacey L. Fleckenstein,<br>           Debtor(s) | Chapter 7 |
| Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-ACC1, Asset Backed Pass-Through Certificates, Series 2006-ACC1,<br>           Movant,<br><br>Stacey L. Fleckenstein,<br>           Debtor(s) / Respondent(s),<br><br>and<br>Natalie Lutz Cardiello,<br>           Trustee / Respondent | Case No. 14-22733-CMB |

**NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING MOTION OF RELIEF FROM THE AUTOMATIC STAY**

TO THE RESPONDENT(S):

    You are hereby notified that the Movant(s) seek(s) an order affecting your rights or property.

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than August 12, 2019 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this Notice and the Motion to a lawyer at once.

    A hearing will be held on August 28, 2019, at 1:30 p.m. before Judge Carlota Bohm, in 5414 U.S. Steel Building, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

              Respectfully submitted,
              MILSTEAD & ASSOCIATES, LLC

DATED: July 25, 2019

              /s/Andrew M. Lubin
              Andrew M. Lubin, Esquire
              Attorney ID No. 54297
              1 E. Stow Road
              Marlton, NJ 08053
              (856) 482-1400
              Attorneys for Movant