# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Stacey L. Fleckenstein,<br>        Debtor, | Chapter 7<br><br>Case No.: 14-22733-CMB |
| Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-ACC1, Asset Backed Pass-Through Certificates, Series 2006-ACC1,<br>        Movant,<br>vs.<br>Stacey L. Fleckenstein,<br>        Debtor / Respondent,<br>and<br>Natalie Lutz Cardiello,<br>        Trustee / Respondent. | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION FOR RELIEF FROM AUTOMATIC STAY

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on July 25, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than August 12, 2019.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,
MILSTEAD & ASSOCIATES, LLC

DATED: August 20, 2019

    /s/Andrew M. Lubin
Andrew M. Lubin, Esquire
Attorney ID No. 54297
alubin@milsteadlaw.com
1 E. Stow Road
Marlton, NJ 08053
(856) 482-1400
Attorneys for Movant