## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Stacey L. Fleckenstein,<br>           Debtor(s) | Chapter 7 |
| Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-ACC1, Asset Backed Pass-Through Certificates, Series 2006-ACC1,<br>           Movant, | Case No. 14-22733-CMB<br><br>re doc. no. 70 |
| Stacey L. Fleckenstein,<br>           Debtor(s) / Respondent(s), | |
| and<br>Natalie Lutz Cardiello,<br>           Trustee / Respondent | **ENTERED BY DEFAULT** |

### ORDER GRANTING RELIEF FROM §362 AUTOMATIC STAY

AND NOW, this __21st__ day of _____August_____, 20 __19__, it is hereby

**ORDERED** that Select Portfolio Servicing, Inc. as servicing agent for U.S. Bank N.A., as trustee, on behalf of the holders of the J.P. Morgan Mortgage Acquisition Trust 2006-ACC1, Asset Backed Pass-Through Certificates, Series 2006-ACC1 is hereby granted relief from the automatic stay provided for by 11 U.S.C. §362 as to Debtor, Stacey L. Fleckenstein to permit Movant, its successors or assigns, to take any and all action necessary to enforce its rights as determined by state and/or other applicable law with regard to the real property known as and located at 3391 Rosewood Drive, Pittsburgh, PA 15234;

**ORDERED** that Movant shall be permitted to communicate with the Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law;

**ORDERED** that this Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code;

~~ORDERED that Federal Rule of Bankruptcy Procedure 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay; and it is further~~

~~ORDERED that Federal Rule of Bankruptcy Procedure 3002.1 is no longer applicable to Movant, its successors or assigns, in the above-captioned bankruptcy case.~~

                                                                                                  */s/ Carlota M. Böhm*    dmk

cc:    Andrew M. Lubin, Esquire                                 Carlota M. Böhm
        Shawn N. Wright, Esquire                                  Chief United States Bankruptcy Court Judge
        Natalie Lutz Cardiello, Trustee
        Stacey L. Fleckenstein

FILED
8/21/19 11:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-22733-CMB
Stacey L. Fleckenstein                                                  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dsaw              Page 1 of 1             Date Rcvd: Aug 21, 2019
                       Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2019.
db          #+Stacey L. Fleckenstein,   3391 Rosewood Drive,   Pittsburgh, PA 15234-2546

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                             Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2019 at the address(es) listed below:
      Andrew M. Lubin    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders of
       the J.P. Morgan Mortgage Acquisition Trust 2006-ACC1, Asset Backed Pass-Through Certificates,
       Series 2006-ACC1 alubin@milsteadlaw.com,   bkecf@milsteadlaw.com
      James Warmbrodt    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
       of the J.P. Morgan Mortgage Acquisition Trust 2006-ACC1, Asset Backed Pass-Through Certificates,
       Series 2006-ACC1 bkgroup@kmllawgroup.com
      Jeffrey R. Hunt    on behalf of Creditor    Borough of Castle Shannon jhunt@grblaw.com,
       cnoroski@grblaw.com
      Joshua I. Goldman    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
       of the J.P. Morgan Mortgage Acquisition Trust 2006-ACC1, Asset Backed Pass-Through Certificates,
       Series 2006-ACC1 bkgroup@kmllawgroup.com
      Matthew Christian Waldt    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the
       holders of the J.P. Morgan Mortgage Acquisition Trust 2006-ACC1, Asset Backed Pass-Through
       Certificates, Series 2006-ACC1 mwaldt@milsteadlaw.com,   bkecf@milsteadlaw.com
      Natalie Lutz Cardiello    ncardiello@comcast.net,   ncardiello@ecf.axosfs.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
       ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
      Shawn N. Wright    on behalf of Debtor Stacey L. Fleckenstein shawn@shawnwrightlaw.com,
       wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.co
       m
                                                               TOTAL: 9