**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Stacey L. Fleckenstein** | Social Security number or ITIN **xxx–xx–7519** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | |
| Case number: | **14–22733–CMB** | |

# Order of Discharge                                                                                     12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Stacey L. Fleckenstein

9/12/19                                                                **By the court:**   Carlota M. Bohm
                                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                                United States Bankruptcy Court
                                Western District of Pennsylvania
In re:                                                                  Case No. 14-22733-CMB
Stacey L. Fleckenstein                                                  Chapter 7
        Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0315-2          User: aala                  Page 1 of 3           Date Rcvd: Sep 12, 2019
                              Form ID: 318                Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 14, 2019.
db             #+Stacey L. Fleckenstein,    3391 Rosewood Drive,    Pittsburgh, PA 15234-2546
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA  15219
13883669       +AES Education Services,    501 Bleeker Street,    Utica, NY 13501-2401
13944641        American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                Los Angeles, CA  90051-5478
13919347       +Borough of Castle Shannon,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                Pittsburgh, PA 15219-6101
15019999        Build Card,    PO Box 3220,    Buffalo NY 14240-3220
13883671      ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                (address filed with court: Columbia Gas,    200 Civic Center Drive,    Columbus, OH 43215)
15020000       +Citizens Bank,    1 Citizens Drive,    Riverside RI 02915-3000
15020001        Columbia Gas Bankruptcy Dept.,    P.O. Box 117,    Columbus OH 43216-0117
15020003        Dollar Bank,    Three Gateway Center,    Pittsburgh PA 15222
13883672        Duquesne Light,    c/o Bernstein Law Office,    707 Gulf Tower, Suite 2200,
                Pittsburgh, PA 15219
15020005        Fingerhut,    PO Box 1140,    Saint Cloud MN 56396-1140
15020006        First Access Card,    PO Box 5220,    Sioux Falls SD 57117-5220
15020009       +Inbox Loans,    PO Box 881,    Santa Rosa CA 95402-0881
15020011        Matrix Master Card,    PO Box 6812,    Carol Stream IL 60197-6812
13903022       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
15020012        Pennsylvania American Water,    PO Box 371412,    Pittsburgh PA 15250-7412
13889030       +Rjm Acquisitions Llc,    575 Underhill Blvd, Suite 224,    Syosset, NY 11791-3416
13883675        Select Portfolio,    3815 Southwest Temple,    Salt Lake City, UT 84115
15020015       +Surge,    PO Box 31292,    Tampa FL 33631-3292
15020019        Total Visa,    PO Box 5220,    Sioux Falls SD 57117-5220
13949725       +U.S. Bank N.A., as trustee,    c/o Select Portfolio Servicing, Inc.,    3815 S. West Temple,
                Salt Lake City, UT 84115-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 13 2019 02:40:54      Pennsylvania Dept. of Revenue,
                Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                Harrisburg, PA  17128-0946
cr              EDI: RECOVERYCORP.COM Sep 13 2019 06:23:00      Recovery Management Systems Corporation,
                25 S.E. Second Avenue,    Suite 1120,    Miami, FL  33131-1605
15019996        EDI: CBSAMERIMARK Sep 13 2019 06:23:00      Amerimark,    PO Box 2845,    Monroe WI 53566-8045
15019997       +EDI: APPLIEDBANK.COM Sep 13 2019 06:23:00      Applied Bankcard,    P.O. Box 17120,
                Wilmington DE 19886-7120
15019998        EDI: WFNNB.COM Sep 13 2019 06:23:00      Avenue,    PO Box 659584,    San Antonio TX 78265-9584
13883670        EDI: CAPITALONE.COM Sep 13 2019 06:23:00      Capital One,    PO Box 85520,
                Richmond, VA 23285-5075
13905173       +E-mail/Text: bncmail@w-legal.com Sep 13 2019 02:41:15      CERASTES, LLC,
                C O WEINSTEIN,PINSON AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13997588        EDI: RESURGENT.COM Sep 13 2019 06:23:00      CVI Loan GT Trust I,
                c/o Resurgent Capital Services,    P O Box 10675,    Greenville, SC 29603-0675
15020002       +EDI: RCSFNBMARIN.COM Sep 13 2019 06:23:00      Credit One,    P.O. Box 98872,
                Las Vegas NV 89193-8872
13942011       +E-mail/Text: kburkley@bernsteinlaw.com Sep 13 2019 02:41:42      Duquesne Light Company,
                c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                Pittsburgh, PA 15219-1945
14114464        EDI: ECMC.COM Sep 13 2019 06:23:00      ECMC,    PO BOX 16408,    ST. PAUL MN 55116-0408
15020007        EDI: AMINFOFP.COM Sep 13 2019 06:23:00      First Premier Bank,    P.O. Box 5524,
                Sioux Falls SD 57117-5524
13948691        E-mail/Text: bankruptcy.bnc@ditech.com Sep 13 2019 02:40:32      Green Tree Servicing LLC,
                PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone # 888-298-7785
13980116       +E-mail/Text: lisa@galwayfinancialservices.com Sep 13 2019 02:41:48
                Galway Financial Services,    1290 w spring st,    suite 270,    Smyrna GA 30080-3690
15020008       +EDI: PHINGENESIS Sep 13 2019 06:23:00      Genesis FS Card Services,    PO Box 4477,
                Beaverton OR 97076-4401
13883673       +E-mail/Text: bankruptcy.bnc@ditech.com Sep 13 2019 02:40:32      Greentree,    P.O. Box 6172,
                Rapid City, SD 57709-6172
13883674        EDI: IRS.COM Sep 13 2019 06:23:00      Internal Revenue Service,    1000 Liberty Avenue--Room 705,
                Pittsburgh, PA 15222-3714
15020010       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Sep 13 2019 02:41:16      Key Bank,    PO Box 94920,
                Cleveland OH 44101-4920
13898725        EDI: RESURGENT.COM Sep 13 2019 06:23:00      LVNV Funding, LLC its successors and assigns as,
                assignee of Arrow Financial Services,,    LLC,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
13898716        EDI: RESURGENT.COM Sep 13 2019 06:23:00      LVNV Funding, LLC its successors and assigns as,
                assignee of North Star Capital,    Acquisition LLC,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
13898899        EDI: RESURGENT.COM Sep 13 2019 06:23:00      LVNV Funding, LLC its successors and assigns as,
                assignee of MCI Communications,    Services, Inc,    Resurgent Capital Services,    PO Box 10587,
                Greenville, SC 29603-0587
```

```
District/off: 0315-2              User: aala                  Page 2 of 3                   Date Rcvd: Sep 12, 2019
                                  Form ID: 318                Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13943978         EDI: PRA.COM Sep 13 2019 06:23:00      Portfolio Recovery Associates, LLC,    POB 12914,
                  Norfolk VA 23541
15038449        +EDI: JEFFERSONCAP.COM Sep 13 2019 06:23:00      Premier Bankcard, Llc,
                  Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
15020013        +E-mail/Text: bankruptcy@ldf-holdings.com Sep 13 2019 02:41:45      Radiant Cash,   PO Box 1183,
                  Lac Du Flambeau WI 54538-1183
13987630         EDI: RECOVERYCORP.COM Sep 13 2019 06:23:00      Recovery Management Systems Corporation,
                  25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
15020014        +EDI: CBSMASON Sep 13 2019 06:23:00      Stoneberry,    PO Box 2820,   Monroe WI 53566-8020
15020016        +EDI: RMSC.COM Sep 13 2019 06:23:00      Syncb/Amazon,    PO Box 965005,   Orlando FL 32896-5005
15020017        +EDI: RMSC.COM Sep 13 2019 06:23:00      Syncb/Care Credit,    PO Box 965005,
                  Orlando FL 32896-5005
15020018        +EDI: WTRRNBANK.COM Sep 13 2019 06:23:00      Target,    3701 Wayzata Blvd.,
                  Minneapolis MN 55416-3440
15020020        +EDI: VERIZONCOMB.COM Sep 13 2019 06:23:00      Verizon,    500 Technology Drive,
                  Saint Charles MO 63304-2225
                                                                                              TOTAL: 30

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Borough of Castle Shannon
cr               U.S. Bank N.A., as trustee, on behalf of the holde
cr*              CVI Loan GT Trust I c/o Resurgent Capital Services,    P O Box 10675,
                  Greenville, SC  29603-0675
cr*              ECMC,   P.O. Box 16408,   St. Paul, MN  55116-0408
13962908*       ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
                 (address filed with court:   Columbia Gas of Pennsylvania,    PO Box 117,   Columbus, OH 43216)
15020004*        Duquesne Light,    c/o Bernstein Law Office,    707 Gulf Tower, Suite 2200,    Pittsburgh PA 15219
                                                                                              TOTALS: 2, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 12, 2019 at the address(es) listed below:
```
              Andrew M. Lubin    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders of
               the J.P. Morgan Mortgage Acquisition Trust 2006-ACC1, Asset Backed Pass-Through Certificates,
               Series 2006-ACC1 alubin@milsteadlaw.com,    bkecf@milsteadlaw.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
               of the J.P. Morgan Mortgage Acquisition Trust 2006-ACC1, Asset Backed Pass-Through Certificates,
               Series 2006-ACC1 bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Borough of Castle Shannon jhunt@grblaw.com,
               cnoroski@grblaw.com
              Joshua I. Goldman    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
               of the J.P. Morgan Mortgage Acquisition Trust 2006-ACC1, Asset Backed Pass-Through Certificates,
               Series 2006-ACC1 bkgroup@kmllawgroup.com
              Matthew Christian Waldt    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the
               holders of the J.P. Morgan Mortgage Acquisition Trust 2006-ACC1, Asset Backed Pass-Through
               Certificates, Series 2006-ACC1 mwaldt@milsteadlaw.com,    bkecf@milsteadlaw.com
              Natalie Lutz Cardiello    ncardiello@comcast.net,    ncardiello@ecf.axosfs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
```

```
District/off: 0315-2                User: aala                  Page 3 of 3                  Date Rcvd: Sep 12, 2019
                                    Form ID: 318                Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Shawn N. Wright    on behalf of Debtor Stacey L. Fleckenstein shawn@shawnwrightlaw.com, wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;audrey@shawnwrightlaw.com

                                                                                                     TOTAL: 9